UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON JACKSON,<br><br>                              Plaintiff,<br>      v.<br>ISIDRO BACA, *et al.*,<br><br>                              Defendants. | Case No. 3:17-cv-00218-MMD-WGC<br><br>ORDER |

**I.     DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated at the Northern Nevada Correctional Center. Plaintiff has not filed an updated address notification with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

1

**II. CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

It is further ordered that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED: April 2, 2018.

_____
UNITED STATES MAGISTRATE JUDGE